IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



FILED — USDC — NDTX — AM
JAN 22 2026 PM 1:00

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VIDAL URQUIDI | NO. 2-26CR-003-Z |

# INDICTMENT

The Grand Jury Charges:

Count One
Distribution and Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about February 22, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Vidal Urquidi**, defendant, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18 United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Vidal Urquidi**
**Indictment - Page 1**

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446

Telephone:  806-324-2356
Facsimile:  806-324-2399
E-Mail:     anna.bell@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

VIDAL URQUIDI

INDICTMENT

COUNT 1: DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE COCAINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

(1 COUNT)

A true bill rendered:

Amarillo _____ _____/s/_____ Foreperson

Filed in open court this __22nd__ day of __January__ A.D. 2026.

_____ Clerk

WARRANT TO BE ISSUED

_____
UNITED STATES MAGISTRATE JUDGE