IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:26-CR-00003-Z-BR (1) |
| | § | |
| VIDAL URQUIDI (1) | § | |
| | § | |
| Defendant. | § | |

**ORDER ON INITIAL APPEARANCE**

On today's date, Defendant, VIDAL URQUIDI, appeared in person and without counsel, before the undersigned United States Magistrate Judge, for the purpose of an Initial Appearance in accordance with Federal Rule of Criminal Procedure 5. An interpreter was in attendance to translate from English into Spanish and from Spanish into English for the defendant. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

In accordance with Federal Rule of Criminal Procedure 5, the defendant received a copy of the Indictment previously filed.  The defendant was advised of the rights relative to the making and the refusal to make statements that might be used against Defendant and acknowledged understanding such rights.  The defendant was further advised of the right to retain counsel and of the right to request the Court to appoint counsel if unable to afford to retain counsel.  The defendant acknowledged understanding the right to counsel and requested that the Court appoint counsel.  The Court will appoint counsel to represent Defendant in this cause. The defendant was advised of the right to a Detention Hearing and acknowledged understanding such right.

Defendant, VIDAL URQUIDI, is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

ENTERED on February 5, 2026.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE