**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **No. 2:26-CR-003-Z-BR** |
| | § | **ECF** |
| **VIDAL URQUIDI** | § | |

**ENTRY OF APPEARANCE OF COUNSEL**

I hereby enter my appearance as appointed counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the above-named defendant in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist the defendant with any appeal which the defendant desires to perfect, and to represent the defendant on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Dated: February 5, 2026

*/s/ Eric Coats*
ERIC COATS
Assistant Federal Public Defender
600 S. Tyler Street, Ste 2300
Amarillo, Texas 79101
Phone (806) 324-2370
Texas Bar No. 00783845

ATTORNEY FOR DEFENDANT